UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 08-10364-NMG |
| ) | |
| KEN LAVOIE, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

**GORTON, D.J.,**

WHEREAS, on December 3, 2008, a federal grand jury sitting in the District of Massachusetts returned a four count Indictment charging defendant Ken Lavoie (the "Defendant"), and others, with Conspiracy to Distribute Five Kilograms or More of Cocaine and Marijuana, in violation of 21 U.S.C. § 846 (Count One); and Possession with Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 841 and 18 U.S.C. § 2 (Count Two)[1];

WHEREAS, the Indictment contained a Forfeiture Allegation, pursuant to 21 U.S.C. § 853, which sought the forfeiture, upon conviction of the Defendant, and as a result of committing one or more of the offenses alleged in Counts One through Four of the Indictment, of (1) any and all property constituting or derived from any proceeds the said defendants obtained, directly or indirectly, as a result of the charged offenses; and (2) any and all property used or intended to be used, in any manner or part, to commit and to facilitate the commission of the offenses, and such property included, but was not limited to:

(a) $20,500.00 in U.S. Currency seized from a 1998 green Ford F-150 pickup truck, bearing New Brunswick, Canada registration CMO992 on October 21, 2008 ("20,500.00 in U.S. Currency");

---

[1] The Defendant was not charged in Counts Three and Four of the Indictment.

Case 1:08-cr-10364-NMG   Document 63-1   Filed 08/19/10   Page 2 of 4

(b)     $12,236.00 in U.S. Currency seized from 20 Merrimack Street, Methuen, Massachusetts on October 21, 2008 ("12,236.00 in U.S. Currency")[2]; and

(c)     a 1998 green Ford F-150 pickup truck, bearing New Brunswick, Canada registration CMO992, seized on October 21, 2008 (the "1998 Ford F-150")[3];

WHEREAS, the Indictment further provided that if any of the property described as being forfeitable to the United States, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of the properties described in the Forfeiture Allegation of the Indictment, pursuant to 21 U.S.C. § 853(p);

WHEREAS, on August 20, 2009, the Defendant pled guilty to Counts One and Two of the Indictment;

WHEREAS, as part of his plea, the Defendant agreed to forfeit to the United States any and all assets subject to forfeiture pursuant to 21 U.S.C. § 853, as a result of his guilty plea, and in addition, the Defendant agreed that the assets to be forfeited specifically included the Defendant's interest in the $20,500.00 in U.S. Currency;

WHEREAS, the Defendant admitted that the $20,500.00 in U.S. Currency is subject to forfeiture on the grounds that it constitutes, or is derived from, proceeds of the Defendant's

---

[2] The 12,236.00 in U.S. Currency is the property of co-defendant Carlos Pacheco.

[3] The 1998 Ford F-150 has been forfeited by the Commonwealth of Massachusetts, and is no longer available for forfeiture in the instant criminal case.

unlawful drug activity and/or property used, or intended to be used, to commit the crimes charged in Counts One and Two of the Indictment, and the Defendant consented to the forfeiture of his interests in the $20,500.00 in U.S. Currency;

WHEREAS, on November 20, 2009, a sentencing hearing was held and the Defendant was sentenced to 28 months incarceration, to be followed by a term of 36 months supervised release, and the District Court ordered the Defendant to forfeit the $20,500.00 in U.S. Currency to the United States;

WHEREAS, on June 15, 2010, this Court issued a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interests in the $20,500.00 in U.S. Currency;

WHEREAS, the United States served notice of the Preliminary Order of Forfeiture on all parties that may have held an interest in the $20,500.00 in U.S. Currency, and notice of the forfeiture was posted on an official government internet website (www.forfeiture.gov), for at least 30 consecutive days, pursuant to 21 U.S.C. § 853(n), beginning on June 26, 2010, and a copy of the Declaration of Publication was filed with the District Court on July 30, 2010; and

WHEREAS, no other claims of interest in the $20,500.00 in U.S. Currency have been filed with the Court and the time within which to do so has expired.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the $20,500.00 in U.S. Currency, and it is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853.

Case 1:08-cr-10364-NMG   Document 63-1   Filed 08/19/10   Page 4 of 4

3.  All other parties, having any right, title, or interest in the $20,500.00 in U.S. Currency are hereby held in default.

4.  The United States is hereby authorized to dispose of the $20,500.00 in U.S. Currency in accordance with applicable law.

DONE AND ORDERED in Boston, Massachusetts, this 23rd day of Sept., 2010.

_____
NATHANIEL M. GORTON
United States District Judge

Date: